IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Warren Boe,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Defendants. | No. CV-15-02479-PHX-SPL (DMF)<br><br>**ORDER** |

On April 28, 2016, Plaintiff Scott Warren Boe filed a Motion for Leave to File Supplemental Pleading (Doc. 38), in which he requests permission to file a lodged second amended complaint. On July 6, 2016, the Honorable Deborah M. Fine, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 45), recommending that the Court deny the motion. Judge Fine advised Plaintiff that he had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

No timely objection has been filed, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly

objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will adopt the R&R and deny the motion. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED** that Magistrate Judge's Report and Recommendation (Doc. 45) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that Motion for Leave to File Supplemental Pleading (Doc. 38) is **denied**.

Dated this 26th day of July, 2016.

Honorable Steven P. Logan
United States District Judge